UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MORRIS BUILDERS, L.P. a/k/a MORRIS :
INDUSTRIAL BUILDERS, L.P.; MORRIS :
WESTCHESTER RETAIL ASSOCIATES, LLC; :
:
Plaintiffs, :
:
v. : **ORDER**
:
FIDELITY NATIONAL TITLE INSURANCE : 16 CV 9114 (VB)
COMPANY; FIRST AMERICAN TITLE :
INSURANCE COMPANY; and :
COMMONWEALTH LAND TITLE :
INSURANCE COMPANY; :
:
Defendants. :
------------------------------------------------------------x

As discussed at an on-the-record status conference today, which all counsel attended in person, it is HEREBY ORDERED:

1. By February 28, 2020, the parties shall submit a joint letter advising the Court on whether they intend to move for summary judgment or proceed to a bench trial.

2. If the parties opt for motion practice, they shall submit a joint proposed briefing schedule for the motion(s).

3. The next conference is scheduled for March 19, 2020, at 2:30 p.m. In the event the parties opt for motion practice, the conference will be cancelled.

Dated: January 24, 2020
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge