UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MORRIS BUILDERS, L.P. a/k/a MORRIS
INDUSTRIAL BUILDERS, L.P.; MORRIS
WESTCHESTER RETAIL ASSOCIATES, LLC;

            Plaintiffs,

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY; FIRST AMERICAN TITLE
INSURANCE COMPANY; and
COMMONWEALTH LAND TITLE
INSURANCE COMPANY;

            Defendants.
--------------------------------------------------------------x

**ORDER**

16 CV 9114 (VB)

The Court is in receipt of a joint letter from the parties indicating that the parties plan to file motions for summary judgment. In their letter, the parties have also provided a proposed briefing schedule, it is HEREBY ORDERED:

1. The parties' motions for summary judgment are due April 29, 2020.

2. The parties' oppositions to the motions are due June 10, 2020.

3. The parties' replies, if any, are due July 1, 2020.

4. The conference scheduled for March 19, 2020, at 2:30 p.m., is cancelled.

Dated: February 26, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge