UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MORRIS BUILDERS, L.P. a/k/a MORRIS
INDUSTRIAL BUILDERS, L.P.; and MORRIS
WESTCHESTER RETAIL ASSOCIATES, LLC,

                    Plaintiffs,

-against-

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, FIRST AMERICAN TITLE
INSURANCE COMPANY, and COMMONWEALTH
LAND TITLE INSURANCE COMPANY,

                    Defendants.
------------------------------------------------------------X



16 CIVIL 9114 (VB)

**JUDGMENT**

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 7, 2021, Plaintiffs' motion for partial summary judgment is DENIED. Defendants' cross-motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 7, 2021

                                                                      RUBY J. KRAJICK

                                                                    Clerk of Court

                                   BY:

                                                                       Deputy Clerk